Receipt #C63766

ECF

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

OCT 17 2005

**Catel, Inc.**
**200 South Street**
**New Providence, NJ 07974** )

**v.** )

**The United States of America** ) 05-1113C

**COMPLAINT**

**A. PARTIES**

1. Plaintiff is Catel, Inc. ("Plaintiff" or "Catel"), a New Jersey corporation with its principal place of business at 200 South Street, New Providence, New Jersey 07974.

2. Defendant is the United States of America, acting through the Department of the Navy, as is more fully set forth herein.

**B. JURISDICTION**

3. Jurisdiction is founded upon the Contract Disputes Act, 41 U.S.C. § 601 et seq (the "CDA") in that this action arises from a contract between Plaintiff and Defendant as is more fully set forth herein.

**C. FACTS**

4. On or about May 5, 1996, Catel and Defendant entered into Contract No. N62472-95-C-0448 ("the Contract") by the Navy Engineering Facilities Command, Lester, Pennsylvania.

5. The Contract for Catel to rehabilitate the Recreation Center at the Naval Weapons Station Earle, New Jersey ("the Project").

6. As initially awarded, the Contract was in the amount of $503,980.00; due to various contract modifications, the price was subsequently increased to $579.045.00.

7. Based on a July 24, 1996 Notice To Proceed, the completion date for the Project was January 26, 1997.

8. Due to the need for lead and asbestos abatement at the site, Catel's Completion of the Project was delayed, and the completion date was extended to March 27, 1997.

9. Per Modification 004, the completion date was further extended to August 1, 1997 due to structural steel and concrete repairs.

10. Per Modification 005, the completion date was again extended this time to to September 15, 1997 due to various changes.

11. As a result of various Government caused delays, Catel failed to complete the project in accordance with the Modification 005 completion date

12. On or about October 22, 1997, Catel requested an extension of the completion date, but the request was denied by the Navy.

13. The Navy offered to not terminate the Contract for default (forbearance), provided Catel's bonding company took over responsibility for of Project completion.

14. The Project was substantially complete by August of 1998, but the Navy refused to take beneficial occupancy for several months.

15. In November of 1998, Catel submitted Invoice No. 15 (its final invoice) in the amount of $106,885.00.

16. The Navy declined to pay Invoice No. 15, on the basis that liquidated damages and other assessments exceeded the available contract balance.

17. After several fruitless attempts to resolve issues with the Navy, on June 3, 2004 Catel filed a CDA claim ("the Claim").

18. The Claim sought a total of $529,451.00, broken down as follows:

| | |
|---|---|
| Payment for work performed but not paid for by the Navy | $105,430.00 |
| Reimbursement for liquidated damages | $ 54,250.00 |
| Reimbursement for expenses incurred by Catel from Ranger Insurance Company (bonding company) | $345,483.00 |
| Legal Fees | $ 24,288.00 |
| **Total amount of claim** | **$529,451.00** |

19. By a Final Decision dated October 15, 2004, the Navy Contracting Officer denied the Claim.

20. Catel files the instant action as a challenge to the denial of its Claim.

**Wherefore**, Plaintiff Catel, Inc. requests judgment against Defendant in the amount of $529,451.00.

Respectfully submitted,

**MARC LAMER**
Attorney for Catel, Inc.

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, Pennsylvania 19103
(215) 545-0570

Dated: October 14, 2005