# In the United States Court of Federal Claims

**No. 05-1113C**
**(Filed: January 9, 2006)**

* * * * * * * * * * * * * * * * * *

**CATEL, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**TRANSFER ORDER**

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby **ORDERED** that this case be **TRANSFERRED** to Judge Margaret M. Sweeney.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn