# In the United States Court of Federal Claims

**No. 05-1113 C**

**CATEL, INC.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Margaret Sweeney**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**S/Brian Bishop**
**Brian Bishop Clerk of the Court**