IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CATEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1113C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 59 days, to and including April 14, 2006, within which to file its response to plaintiff's complaint. Defendant's response to plaintiff's complaint currently is due February 14, 2006. This is defendant's second request for an enlargement of time for this purpose, the Court previously having granted 60 days of enlargement. Plaintiff's counsel has represented that plaintiff does not oppose this request.

Plaintiff filed its complaint on October 17, 2005. Upon receipt of the complaint, defendant promptly sent a copy to the Department of the Navy (the "Navy") with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1]

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

Navy counsel is endeavoring to identify the relevant records pertaining to this dispute and to obtain from Navy employees the information needed to prepare the requested litigation report and suggested response to the complaint. However, preparing the litigation report is taking longer than Navy counsel originally anticipated.

Once the litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from the Navy, and prepare and file the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

February 14, 2006

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on February 14, 2006, a copy of the foregoing “DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS