# In the United States Court of Federal Claims

No. 05-1113C
(Filed: February 15, 2006)

************************************
CATEL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On February 14, 2006, Defendant filed an Unopposed Motion for Enlargement of Time to respond to Plaintiff's Complaint. The Court **GRANTS Defendant's Unopposed Motion for Enlargement of Time**. Therefore, **Defendant shall file a response to Plaintiff's Complaint no later than April 14, 2006.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge