# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

CATEL INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * *

**No. 05-1113C**
**Filed: February 22, 2006**
**cc: Judge Sweeney**

## O R D E R

The court is in receipt of the defendants February 14, 2006, unopposed motion for an enlargement of time for fifty-nine days, up to and including April 14, 2006, to respond to the plaintiff's complaint.

Therefore, the court, hereby, **RESCHEDULES** an ADR meeting with the parties from Monday, February 27, 2006 to **Wednesday, April 19, 2006, 2:30 p.m. E.S.T.**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 545-0570 and defendant's counsel at (202) 307-0972. The parties should be prepared to discuss the possibility of resolving all or part of the above-captioned case via alternative means.

Pursuant to the Second Amended General Order No. 40, the parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Wednesday April 12, 2006 at 12:00 p.m.** via facsimile no. (202) 357-6586. An example of the ADR Confidentiality Agreement is attached to General Order No. 40, and is located on the court's internet website at: http://www.uscfc.uscourts.gov/adr.htm. A copy of this order is being provided to the presiding judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**