# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *<br>CATEL, INC,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant.<br>* * * * * * * * * * * * * * * * * * * | **No. 05-1113C**<br>**Filed: April 20, 2006**<br>**cc: Judge Sweeney** |

## O R D E R

An ADR conference was held in the above-captioned case on April 19, 2006. Based upon that conference, the undersigned has determined that an additional ADR conference would be beneficial in this case prior to any motions practice or discovery. As discussed with the parties, the court schedules an ADR conference for **Tuesday, May 23, 2006 at 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Lamer, at 215-545-0570 , and defendant's counsel, Mr. Wellons, at 202-616-8253.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR JUDGE**