IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CATEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1113C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of GREGG M. SCHWIND as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Telephone: (202) 353-2345
Facsimile: (202) 514-8624

Dated: May 8, 2006