# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *<br>CATEL, INC,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant.<br>* * * * * * * * * * * * * * * * * * * | No. 05-1113C<br>Filed: May 23, 2006<br>cc: Judge Sweeney |

## O R D E R

An ADR conference was held in the above-captioned case on May 23, 2006. Based upon the discussions at the conference, the parties agreed that, following limited discovery, an additional ADR conference would be beneficial. As discussed with the parties, the court schedules an ADR conference for **Friday, June 30, 2006 at 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Lamer, at 215-545-0570 , and defendant's counsel, Mr. Schwind, at 202-353-2345. At the conference on June 30, 2006, the parties shall be prepared to advise the ADR judge of progress made toward settlement since the last status conference. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR JUDGE**