# In the United States Court of Federal Claims

No. 05-1113C
(Filed: June 7, 2006)

| | |
|---|---|
| CATEL, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

On April 14, 2006, defendant filed a response to plaintiff's Complaint. Pursuant to Rule 16 of the Rules of the Court of Federal Claims ("RCFC") and Appendix A ¶ 4, the parties were required to file a Joint Preliminary Status Report ("JPSR") no later than June 5, 2006.

The Court understands that the parties are engaged in ADR and have an ADR conference scheduled with the Honorable Marian Blank Horn on June 30, 2006. **If the parties require an enlargement of time to file the JPSR or request that the Court suspend deadlines until ADR proceedings are concluded, the parties shall notify the Court in a status report no later than July 6, 2006. Otherwise, the parties shall file their JPSR immediately.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge