# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

CATEL, INC,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 05-1113C - ADR Pilot**
**Filed: June 27, 2006**
**cc: Judge Sweeney**

## O R D E R

On June 23, 2006, counsel for both parties in the above-captioned case contacted chambers to inform the undersigned that ADR proceedings may not be beneficial at this stage of the proceedings. Based upon the parties' discussions with chambers staff, ADR proceedings in this case are **STAYED** and the ADR conference scheduled for June 30, 2006 is cancelled. The parties shall notify the undersigned when discovery in the above-captioned case is completed. Additionally, should either party wish to commence ADR proceedings in the future, they shall notify the undersigned, who remains available to assist the parties during any stage of this case. A copy of this order is being provided to the trial judge in this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR JUDGE**