# In the United States Court of Federal Claims

No. 05-1113C
(Filed: July 20, 2006)

***********************************
CATEL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

The parties filed their Joint Preliminary Status Report on June 27, 2006. **A status conference will be held on Wednesday, July 26, 2006, at 2:00 p.m., Eastern Daylight Time.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644, one business day before the conference with the phone number where they can be reached at the time of the conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge