# In the United States Court of Federal Claims

No. 05-1113C
(Filed: July 26, 2006)

| | |
|---|---|
| CATEL, INC., Plaintiff, | |
| v. | |
| THE UNITED STATES, Defendant. | |

## ORDER

The Court held a preliminary scheduling conference on July 26, 2006, to discuss the parties' proposed discovery schedule as set forth in the Joint Preliminary Status Report filed on June 27, 2006. The Court hereby adopts the proposed discovery schedule.

Accordingly, pursuant to Rule 16(b) and Appendix A ¶ 8, of the Rules of the Court of Federal Claims, the Court ORDERS that:

1. The parties shall exchange document requests, interrogatories, requests for admission, and all responses thereto no later than February 28, 2007.

2. The parties shall depose fact witnesses no later than April 30, 2007.

3. If either party intends to call one or more expert witnesses at trial, the parties shall identify these witnesses by February 28, 2007, and complete depositions of these witnesses by May 30, 2007.

4. The parties shall file a joint status report no later than June 13, 2007.

Both parties shall cooperate to expedite discovery.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge