**IN THE COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CATEL, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-1113C** |
| **v.** | ) | **(Judge Sweeney)** |
| | ) | |
| **THE UNITED STAES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE FILING OF THE PARTIES' JOINT STATUS REPORT**

Plaintiff, Catel, Inc. ("Plaintiff") respectfully moves the Court for an enlargement of time for the filing of the parties' Joint Status Report ("JSR") pursuant to the Court's order of July 26, 2006, the JSR is due today (June 13). Plaintiff respectfully requests an enlargement of nine (9) days, to and including June 22, 2007. Counsel for Plaintiff has been in contact with his client regarding how it wishes to proceed and is anticipating instructions within the next several days, at which time he will be better able to advise the Court.

Wherefore, Plaintiff respectfully requests that the Court grant this unopposed motion and enlarge the time for filing of the Joint Status Report to and including June 22, 2007.

Respectfully submitted,

s/ Marc Lamer________
MARC LAMER
Attorney for Catel, Inc.

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: June 13, 2007