# In the United States Court of Federal Claims

No. 05-1113C
(Filed: June 14, 2007)

***********************************
CATEL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

The court's July 26, 2006 order required the parties to file a joint status report no later than June 13, 2007, suggesting further proceedings. On June 13, 2007, plaintiff filed an unopposed motion for enlargement of time to file the joint status report. In the motion, plaintiff represents that defendant does not oppose the motion, and that an enlargement of nine days is necessary to confer with his client.

**Accordingly, the court GRANTS plaintiff's unopposed motion for enlargement. The parties shall file their joint status report no later than Friday, June 22, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge