**IN THE COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CATEL, INC.** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | **No. 05-1113C** |
| **v.** | **)** | **(Judge Sweeney)** |
| | **)** | |
| **THE UNITED STAES OF AMERICA** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Marc Lamer, counsel for Plaintiff, Catel, Inc. ("Catel") respectfully, moves the Court for an order granting him leave to withdraw his appearance as counsel for Catel.

Counsel initiated the instant action on the last day before the expiration of the TWELVE (12) MONTH period for challenging the Contracting Officer's Final Decision denying Catel's claim. Counsel had been contacted by Catel only a few days before the expiration of the deadline and was asked to file the action. In order to protect Catel's rights, given the lack of time, Counsel filed the Complaint, but explained to Catel that it had to be prepared for and in a position to carry on significant litigation.

Since the initiation of the action, Counsel has protected Catel's interests by filing (with Defendant's Counsel) all required reports to the Court and participating in conferences. Counsel has also received and forwarded to Catel several boxes of documents provided by Defendant. at the same time, Counsel has repeatedly stressed to Catel the need for it to make appropriate arrangements to support the litigation effort over the long term.

Recently, as a Status Report due date was approaching, counsel contacted Catel to discuss scheduling for moving the case forward to trial (e.g. depositions). After that discussion, Counsel heard nothing further and has attempted, unsuccessfully, to speak with Catel's principal. It appears that Catel's phone and facsimile numbers are no longer in service, and its e-mail address is no longer active. Thus Counsel has been unable to speak further with his client. By letter dated June 15, counsel advised Catel that if he did not hear something by June 22, in order to provide the Court with a reliable Status report, he would move for leave to withdraw. The letter, a redacted copy of which is attached, has not produced any response.

Given the current situation, Counsel is unable to fulfill his responsibilities to the Court in terms of conducting this litigation.

Wherefore, Marc Lamer, counsel for Plaintiff, Catel, Inc. respectfully moves the Court for an Order granting him leave to withdraw his appearance.

Respectfully submitted,

s/ Marc Lamer

**MARC LAMER**

Date: June 22, 2007