# KOSTOS AND LAMER, P.C.

Law Offices
1608 Walnut Street, Suite 1300
Philadelphia, Pennsylvania 19103
TELEPHONE: (215) 545-0570
Facsimile No. (215) 545-4617
E-MAIL: kostos_lamer@msn.com

June 15, 2007

Mr. Telmo Pires
**Catel, Inc.**
200 South Street
New Providence, NJ 07974

**Re: Catel, Inc. v. United States**

Dear Telmo (T):

I have tried to call your office and have since learned that, like your facsimile number, Catel's regular number has been disconnected. The e-mail you gave me ceased to work some time ago, so I do not know who to reach you quickly.

We had a status report due for filing with the Court on Wednesday the 13th. I have requested (and been granted) an extension until next Friday, the 22nd. By that time I expect to be able to advise the Court as to how we intend to proceed. If I cannot, then I plan to file a motion with the Court asking leave to withdraw my appearance on Catel's behalf. Should the Court grant my motion, you will likely have some limited period of time (30 or 60 days) to get new counsel or suffer dismissal of the case. Note: I was contacted recently by an attorney from New Jersey who said he was evaluating whether to take over the case. I have heard nothing further, however.

[redacted]

Please contact me ASAP so that I am not force to file a withdrawal motion with the Court.

Sincerely,

Marc Lamer

**Marc Lamer**

ML:jdr