# In the United States Court of Federal Claims

No. 05-1113C
(Filed: June 29, 2007)

************************************
CATEL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On June 22, 2007, plaintiff's counsel filed a Motion for Leave to Withdraw Appearance. Plaintiff's counsel, Marc Lamer ("Mr. Lamer") represents that he has attempted unsuccessfully on several occasions to contact his client, Catel, Inc., in an attempt to comply with this court's June 22, 2007 status report deadline. Plaintiff's counsel further represents that Catel's phone and facsimile numbers are no longer in service, and its e-mail address is no longer active. Mr. Lamer additionally asserts that by letter dated June 15, 2007, he advised Catel that if Catel did not contact him by the June 22, 2007 deadline, he would move for leave to withdraw from the case. A redacted copy of the June 15, 2007 letter to Catel was attached to Mr. Lamer's Motion for Leave to Withdraw Appearance.

**Accordingly, because plaintiff's counsel has complied with Rule 83.1(c)(6) of the Rules of the United States Court of Federal Claims, plaintiff's counsel's Motion for Leave to Withdraw Appearance is GRANTED. The Clerk of the Court shall mail a copy of this Order, via certified mail, to Catel's principal:**

**Mr. Telmo Pires**
**Catel, Inc.**
**200 South Street**
**New Providence, NJ 07974**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge