# In the United States Court of Federal Claims

No. 05-1113C
(Filed: June 29, 2007)

***********************************
CATEL, INC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
***********************************

## ORDER

On June 22, 2007, plaintiff's counsel filed a Motion for Leave to Withdraw Appearance. On June 29, 2007, the court granted the motion, to allow plaintiff's counsel, Marc Lamer, to be terminated as attorney of record for plaintiff Catel, Inc. Accordingly, plaintiff Catel now appears before this court pro se. Pursuant to Rule 83.1(c)(8) of the Rules of the United States Court of Federal Claims, only "[a]n individual may represent oneself or a member of one's immediate family as a party before the court. Any other party, however, must be represented by an attorney who is admitted to practice in this court. A corporation may only be represented by counsel."

**Thus, plaintiff Catel shall inform the court no later than Friday, July 20, 2007, by status report whether it has retained new counsel and shall provide the name, address, and telephone number of its new counsel. Plaintiff shall file this status report in paper form. The Clerk of the Court shall mail a copy of this Order, via certified mail, to Catel's principal:**

**Mr. Telmo Pires**
**Catel, Inc.**
**200 South Street**
**New Providence, NJ 07974**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge