# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CATEL, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | CoFC No. 05-1113C<br>**(JUDGE SWEENEY)** |

## MOTION FOR SUBSTITUTION OF COUNSEL

**COMES NOW** Plaintiff Catel, Inc. ("Catel"), by and through undersigned counsel, and in accordance with CFCR 83.1(c)(4), files this Motion for Substitution of Counsel. On or about June 22, 2007, Catel's prior counsel Moved for Leave to Withdraw Appearance in this matter. By order, dated June 29, 2007, the Court granted Catel's former counsel's motion to withdraw. Catel has now retained new counsel whose contact information is as follows:

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772
delsordo@arguslawfirm.com

Catel's new counsel's affidavit of appoint required by CFCR 83.1(c)(4) is attached hereto.

Respectfully submitted,

Date: 8/22/07

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772
Victor J. Herlinsky, of Counsel
Nowell Amoroso Klein Bierman, PA
155 Polifly Rd.
Hackensack, NJ 017601
(201) 343-5181

Counsel for Plaintiff Catel, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August 2007, a copy of the foregoing Motion for Substitution of Counsel was served by telecopy on Counsel for the United States Gregg M. Schwind, Esq., U.S. Department of Justice - Commercial Litigation Branch, 1100 L Street, NW, Washington, DC 20530, fax (202) 514-8624, email: gregg.schwind@usdoj.gov.

James S. DelSordo