IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CATEL, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | CoFC No. 05-1113C<br>**(JUDGE SWEENEY)** |

**AFFIDAVIT OF APPOINTMENT**

I, James S. DelSordo, being duly sworn, depose and say:

1. I am over the age of eighteen years and I have personal knowledge of the matters stated herein. This declaration is provided in the context of a suit before the United States Court of Federal Claims.

2. I am a member of the Bar of this Court.

3. I have been retained by Catel, Inc. to serve as its attorney of record, see 83.1(c)(1), in this litigation.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746. Executed on this 22nd day of August 2007.

James S. DelSordo
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772