IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CATEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | CoFC No. 05-1113C<br>**(JUDGE SWEENEY)** |

**RESPONSE TO SHOW CAUSE ORDER**

By order, dated August 1, 2007, the Court ordered the Plaintiff to inform the Court no later than August 22, 2007, whether the Plaintiff had obtained new counsel. Please be advised that Catel has done so and that counsel's contact information is as follows: James S. DelSordo, Esq., Argus Legal, LLC, 9255 Center St., Suite 307, Manassas, VA 20110, (703) 368-8770, fax (703) 368-8772, delsordo@arguslawfirm.com.

Respectfully submitted,

Date: 8/22/07

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Catel, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2007, a copy of the foregoing Response to Show Cause Order was served by telecopy on Counsel for the United States Gregg M. Schwind, Esq., U.S. Department of Justice - Commercial Litigation Branch, 1100 L Street, NW, Washington, DC 20530, fax (202) 514-8624, email: gregg.schwind@usdoj.gov.

James S. DelSordo