# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2007, a copy of the foregoing Motion for Substitution of Counsel was served by telecopy on:

Counsel for the United States Gregg M. Schwind, Esq., U.S. Department of Justice - Commercial Litigation Branch, 1100 L Street, NW, Washington, DC 20530, fax (202) 514-8624, email: gregg.schwind@usdoj.gov;

Marc Lamer, Kostos & Lamer, 1608 Walnut St., Suite 1300, Philadelphia, PA 19103, fax (215) 545-4617.

James S. DelSordo