# In the United States Court of Federal Claims

No. 05-1113C
(Filed: August 27, 2007)

***********************************
CATEL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On May 30, 2007, the parties were scheduled to complete discovery, and were required to file a joint status report on June 13, 2007, discussing further proceedings. However, plaintiff's former counsel withdrew from the case because he was unable to contact Plaintiff Catel, Inc. On August 22, 2007, Catel, Inc. obtained new counsel. **As such, the parties shall file a joint status report no later than Thursday, September 13, 2007, suggesting further proceedings.**

**Further, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule a status conference after the filing of the joint status report.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge