**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CATEL, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | CoFC No. 05-1113C<br>**(JUDGE SWEENEY)** |

**JOINT STATUS REPORT**

**COME NOW** the parties, by and through undersigned counsel, in the above-referenced matter, and hereby file this joint status report. By order, dated August 27, 2007, the Court required the parties to submit this report suggesting further proceedings in this matter. The parties have conferred and they believe that this matter must be resolved by the Court on the merits. Furthermore, the Government desires a schedule for the submission of dispositive motion(s) prior to trial. The parties are prepared to submit said motion(s) after November 15, 2007. If the Court desires to schedule a trial in this matter before the resolution of any dispositive motion(s), the parties request that the trial be scheduled no sooner than the week of February 11, 2008.

To that end the parties request that the Court schedule a conference call with all parties in order to set a schedule for further proceedings in this matter. Counsel for both parties are available for this conference call on any day after September 13, 2007.

Respectfully submitted,

Date: 9/12/07

By: ______________________

James S. DelSordo, Esq.
~~Argus Legal, LLC~~
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770

Counsel for Plaintiff Catel, Inc.

Date: 12 Sep 07

By: ______________________

Gregg M. Schwind, Esq.
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530

Counsel for the United States