# In the United States Court of Federal Claims

No. 05-1113C
(Filed: September 18, 2007)

***********************************
CATEL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

A status conference was held in the case on September 18, 2007. During the conference, the parties discussed a briefing schedule for dispositive motions. Although plaintiff has not yet determined whether to file a dispositive motion, defendant advised of the government's intention to do so. Accordingly, based upon the parties' proposed briefing schedule, **defendant shall file its motion for summary judgment no later Friday, November 16, 2007.** Plaintiff's response shall be filed in accordance with the deadlines set forth in the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge