# In the United States Court of Federal Claims

No. 05-1113C
(Filed: December 4, 2007)

***********************************
CATEL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On September 18, 2007, the court issued an order directing defendant to file its motion for summary judgment no later than November 16, 2007. Defendant has not filed its motion, which is now overdue. **The court therefore directs defendant to file a status report no later than the close of business on Friday, December 7, 2007, explaining its failure to file its motion and if it intends to file such motion.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge