**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CATEL, INC., Plaintiff, | |
| v. | No. 05-1113C (Judge Sweeney) |
| THE UNITED STATES, Defendant. | |

**STATUS REPORT**

Pursuant to the Court's December 4, 2007 order, the United States submits this Status Report. We respectfully request that the Court publish a pretrial order with trial commencing no sooner than April 1, 2008. The undersigned has spoken with counsel for Catel and is authorized to represent that Catel concurs in this request.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

Attorneys for Defendant

December 7, 2007