# In the United States Court of Federal Claims

No. 05-1113C
(Filed: December 19, 2007)

```
***********************************
CATEL, INC.,                      *
                                  *
                 Plaintiff,       *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

The court is in receipt of defendant's status report, which was filed on December 7, 2007. In its status report, defendant requests that the court publish a pretrial order with trial commencing no sooner than April 1, 2008. Defendant represents that plaintiff concurs with this request.

In their preliminary joint status report, the parties indicated that trial should take place in or near Newark, New Jersey, which is the location of the majority of the witnesses who would appear at trial. Defendant's December 7 status report, however, provides no information as to either the anticipated length or specific location of trial such that proper arrangements can be made at this time. Therefore, the court requests additional information from the parties before it can publish a pretrial order or set a trial date on or after April 1. **Accordingly, the parties shall consult and file a status report indicating either their joint or respective positions as to proposed pre-trial deadlines and the length and location of trial no later than Monday, January 7, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge