# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CATEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | CoFC No. 05-1113C<br>**(JUDGE SWEENEY)** |

## PLAINTIFF'S STATUS REPORT

**COMES NOW** Plaintiff Catel, Inc., by and through undersigned counsel, and hereby files this status report. By order, dated December 7, 2007, the Court required the parties to submit this report describing the parties anticipated pre-trial schedule and trial particulars. Undersigned counsel for Plaintiff attempted to confer with counsel for the Defendant on this matter on January 7, 2008; however, counsel for Defendant provided no response. Mindful of the Court's desire to resolve this matter expeditiously, Plaintiff determined to submit its position on the pre-trial schedule.

Therefore, as directed by the Court Plaintiff states the following:

Trial length—5 days (starting June 2, 2008);

Location—4015 Martin Luther King, Jr., Federal Bldg and U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102;

Pre-trial matters—Deadlines set forth in CFCR Appendix A:

App. A.VI.13 Meeting of Counsel—March 10, 2008

App. A.VI.14(a) Plaintiff's Memorandum—March 31, 2008

App. A.VI..14(b) Defendant's Memorandum—April 28, 2008

Final Pre-trial conference—May 19, 2008.

Respectfully submitted,

Date: 1/7/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770

Counsel for Plaintiff Catel, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January 2008, a copy of the foregoing Status Report was served by electronic mail on Counsel for the United States Gregg M. Schwind, Esq., U.S. Department of Justice - Commercial Litigation Branch, 1100 L Street, NW, Washington, DC 20530, email: gregg.schwind@usdoj.gov.

__________________________________________
James S. DelSordo