# In the United States Court of Federal Claims

No. 05-1113 C
(Filed: January 24, 2008)

| | |
|---|---|
| *********************************** | |
| CATEL, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

On January 7, 2008, plaintiff filed a status report pursuant to the court's Order dated December 7, 2007. In its status report, plaintiff proposed pre-trial deadlines as well as dates for trial in Newark, New Jersey, but indicated that it was unable to confer with defendant regarding those dates. The court appreciates plaintiff's efforts to submit proposed deadlines in order to expeditiously resolve this matter.

Before plaintiff submitted its status report, other parties appearing before the court in separate matters requested trial dates during the month of June 2008. The court's calendar is therefore booked for almost the entire month of June, and the court cannot accommodate plaintiff's proposed trial dates of June 2-6. The court's calendar indicates that the court is currently available for trial during the following dates: between July 7 and August 9, as well as after August 26, 2008.

**Accordingly, plaintiff shall confer with opposing counsel and submit a joint status report proposing new pre-trial deadlines and dates for trial in Newark, New Jersey no later than Friday, February 8, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge