# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CATEL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-1113C<br>(Judge Sweeney) |

## JOINT STATUS REPORT

**COMES NOW** Plaintiff Catel, Inc., by and through undersigned counsel, and hereby files this joint status report. Pursuant to the Court's January 24, 2008 order, the parties have conferred and submit the following joint status report. The parties propose a trial commencing either July 22 or July 29, 2008, in Newark, New Jersey. In addition, the parties propose the following pre-trial dates.

A. April 4, 2008 – Deadline for the parties to exchange by hand a list of names and addresses of witnesses, including expert witnesses, who may be called at trial for case-in-chief or rebuttal purposes, other than those witnesses to be used exclusively for impeaching the credibility of a witness under the Federal Rules of Evidence. Any witness whose identity has not been previously disclosed as a witness shall be subject to deposition/discovery.

B. April 11, 2008 – Deadline for the parties to exchange by hand a list of exhibits (including summaries) and copies of exhibits expected to be offered at trial for case-in-chief or rebuttal purposes (including summaries to be offered pursuant to Fed. R. Evid. 1006), other than those exhibits to be used exclusively for impeaching the credibility of a witness under the

Federal Rules of Evidence. Each exhibit listed shall be identified by an exhibit number and brief description. Any exhibit not previously disclosed shall be subject to discovery.

C. May 30, 2008 – Deadline for the parties to conduct any additional depositions and designate deposition transcripts for introduction at trial.

D. June 13, 2008 – Deadline for the parties to serve objections to witnesses, exhibits, and deposition transcript designations identified for use at trial.

E. June 20, 2008 – Deadline for the parties to confer on the matters set forth in RCFC Appendix A, paragraphs 13(c)(2), (4), and (6).

F. June 27, 2008 – Deadline for parties to file, and serve by hand on opposing counsel, a response to any objections to witnesses, exhibits, and transcript designations.

G. July 11, 2008 – Final pre-trial conference.

H. July 22 or 29, 2008 – Trial commences in Newark, New Jersey, with Catel proceeding first.

I. The parties shall file post-trial Proposed Findings of Fact and Conclusions of Law in lieu of pre-trial Memoranda of Contentions of Fact and Law, in accordance with a schedule to be set upon the completion of the trial.

Respectfully submitted,

Date: 2/8/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St., Suite 307
Manassas, VA 20110
(703) 368-8770

Counsel for Plaintiff Catel, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2008, a copy of the foregoing Joint Status Report was served by electronic mail on Counsel for the United States Gregg M. Schwind, Esq., U.S. Department of Justice - Commercial Litigation Branch, 1100 L Street, NW, Washington, DC 20530, email: gregg.schwind@usdoj.gov.

James S. DelSordo