# In the United States Court of Federal Claims

No. 05-1113 C
(Filed: February 27, 2008)

```
***********************************
CATEL, INC.,                      *
                                  *
                 Plaintiff,       *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**SCHEDULING ORDER**

On February 8, 2008, the parties filed a joint status report proposing pre-trial deadlines and dates for trial commencing either July 22 or July 29, 2008, in Newark, New Jersey. In a prior status report filed by plaintiff on January 7, 2008, plaintiff represented that the anticipated duration of trial will be five days. Pursuant to Appendix A, ¶ 12 of the Rules of the United States Court of Federal Claims ("RCFC"), the court sets the following schedule:

1. **April 4, 2008**: Deadline for parties to exchange list of names and addresses of witnesses, including expert witnesses, who may be called at trial for case-in-chief or rebuttal purposes, other than those witnesses to be used exclusively for impeaching the credibility of a witness under the Federal Rules of Evidence. Witnesses whose identities have not been previously disclosed as a witness shall be subject to deposition/discovery.

2. **April 11, 2008**: Deadline for parties to exchange list of exhibits (including summaries) and copies of exhibits expected to be offered at trial for case-in-chief or rebuttal purposes (including summaries to be offered pursuant to Fed. R. Evid. 1006), other than those exhibits to be used exclusively for impeaching the credibility of a witness under the Federal Rules of Evidence. Each exhibit listed shall be identified by an exhibit number and brief description. Exhibits not previously disclosed shall be subject to discovery.

3. **May 30, 2008**: Deadline for parties to conduct any additional depositions and designate deposition transcripts for introduction at trial.

4. **June 13, 2008**: Deadline for parties to serve objections to witnesses, exhibits, and deposition transcript designations identified for use at trial.

5. **June 20, 2008**: Deadline for parties to confer on matters set forth in RCFC Appendix A, ¶¶ 13(c)(2), (4), and (6).

6. **June 27, 2008**: Deadline for parties to file a response to any objections to witnesses, exhibits, and transcript designations.

7. **July 11, 2008 - 10:00 a.m.**: Final Pretrial Conference - argument on Motions in limine to be held at the U.S. Court of Federal Claims, 717 Madison Place, NW, Washington, DC.

8. **July 21-25, 2008**: Based upon plaintiff's prior representation that trial length will be five days, the court anticipates that trial will commence on Monday, July 21, 2008, and conclude on Friday, July 25, 2008, at the Martin Luther King, Jr., Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102. If the court is unable to secure a courtroom for the length of trial, an alternative, convenient location will be determined.

9. **August 1, 2008**: Deadline for parties to file joint schedule proposing deadlines for post-trial briefing.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge