# In the United States Court of Federal Claims

No. 05-1113 C
(Filed: May 28, 2008)

```
***********************************
CATEL, INC.,                      *
                                  *
            Plaintiff,            *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
***********************************
```

**ORDER**

On February 27, 2008, the court issued a scheduling order for proceedings in the above-captioned case. In paragraph 8 of its February 27 order, the court noted that it "anticipates that trial will commence on Monday, July 21, 2008, and conclude on Friday, July 25, 2008." The court informs the parties that a courtroom has been reserved for trial in this matter during the dates requested in Newark, New Jersey. Therefore, paragraph 8 of the court's February 27 order is amended as follows:

8. **July 21-25, 2008**: Trial will commence at 10:00 a.m., Eastern Daylight Time, on Monday, July 21, 2008, and will conclude on Friday, July 25, 2008, at the following location:

   United States District Court for the District of New Jersey
   Martin Luther King, Jr., Federal Building and United States Courthouse
   Courtroom 5A
   50 Walnut Street
   Newark, New Jersey 07102

All other paragraphs contained in the February 27 order remain unchanged.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge