# In the United States Court of Federal Claims

No. 05-1113 C
(Filed: June 23, 2008)

***********************************
CATEL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

As trial approaches in the above-captioned case, the court requests that the parties schedule a status conference prior to the pretrial conference, which is scheduled for July 11, 2008. The parties should be aware of the following:

1. The parties are advised to contact Heritage Reporting Corp. and file the necessary request for a court reporter during the week of trial. If a court reporter is not requested, then Heritage Reporting Corp. will not be present to record the proceedings. Consequently, no transcript will be available for post-trial briefing or appeal.

2. The 10:00 a.m. start time for trial on Monday, July 21, 2008, is intended to permit time for necessary courtroom setup and other logistical considerations. The court is amenable to adjusting the start time during the remainder of the week depending upon the needs of the parties.

**Accordingly, the parties shall, by no later than Thursday, June 26, 2008, contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644 to schedule a status conference.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge