IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CATEL, INC.,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-1113C<br>(Judge Sweeney) |

DEFENDANT'S UNOPPOSED MOTION TO VACATE TRIAL SCHEDULE

Defendant, United States, respectfully requests that the Court vacate the trial schedule in this case. Pursuant to this Court's orders dated February 27 and May 28, 2008, trial is currently set for July 21-25, 2008 in Newark, New Jersey. However, given the continuing efforts of the parties to complete discovery tasks, the parties do not anticipate being ready for trial at that time. The undersigned has conferred with counsel for plaintiff, who represents that plaintiff concurs in this motion.

Since the Court's May 27 order, the parties have exchanged witness lists and exhibit lists. The United States has deposed two of Catel plaintiff's witnesses (Messrs. Pires and Golaszewski) and Catel has deposed two Navy witnesses (Messrs. Tinari and Francesconi). Catel also seeks to depose two additional Government witnesses (LCDR Miller and Mr. Smith); the parties expect to conclude these depositions, and any remaining discovery tasks, within the next two to three weeks.

The parties propose that, if the Court grants this motion, they will file a joint status report on or before July 25, 2008, proposing new trial dates in Newark.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

Attorneys for Defendant

June 24, 2008