# In the United States Court of Federal Claims

No. 05-1113 C
(Filed: June 24, 2008)

```
***********************************
CATEL, INC.,                      *
                                  *
                 Plaintiff,       *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

On June 24, 2008, defendant filed an Unopposed Motion to Vacate Trial Schedule ("motion"). In its motion, defendant requests that the court vacate the schedule for trial, which is currently set for July 21-25, 2008, in Newark, New Jersey. Defendant states that the parties do not anticipate being ready to proceed to trial during those dates because the discovery process remains ongoing. Defendant represents that plaintiff does not oppose its motion.

Defendant indicates that the parties have exchanged witness and exhibit lists, and have deposed a total of four witnesses. It further states that plaintiff seeks to depose at least two additional witnesses and forecasts that these depositions, together with any outstanding discovery, will be concluding within the next several weeks. The court appreciates the parties' efforts to move this case forward and recognizes the parties' need for additional time during which to complete these tasks. **Accordingly, defendant's motion is GRANTED. The court's February 27, 2008 and May 28, 2008 scheduling orders setting the final pre-trial conference for July 11, 2008, and trial for July 21-25, 2008, are VACATED. The parties shall confer and file a joint status report proposing new trial dates by no later than Friday, August 29, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge